Janice P. Brown, Esq. (114433)
Stacy L. Fode, Esq. (199883)
Bryce C. Besser, Esq. (236845)
BROWN LAW GROUP
600 B Street, Suite 1650
San Diego, California 92101
Telephone: (619) 330-1700 / Facsimile: (619) 330-1701

Attorneys for Defendant, AFFILIATED COMPUTER SERVICES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| TIFFANY BANKS; HALEY BERGER; ANNA BERKOWITZ; ROCCO CAMARILLO; JENNIFER CENTENO; CECILIA CHARILY; JOHANNA CHARLTON; KATRINA COFFMAN; OSIRIS CORDOVA; ANDREW COTTLE; KORINA DEL REAL; JOSE DETRES; RODRIGO DORANTES; ADRIANA EDWARDS; ARACELI ESCOTO; ASHLEY GALINDO; MELISSA GIBSON; CECILIA GOMEZ; LAUREL GRESSETT; ELIZABETH GUTIERREZ; JULIANNA HERNANDEZ; TRESA HOLLIS PERKINS; NATALIE HORVATH; ASHLEY HUDSON; McKIM JACOBSON; LAUREN JETTE; ORTAL KAVON; ALLYSUN KNAPP; ELAM LOPEZ; TIERRA MACON; STEPHANIE MAGANA; STEPHANIE MARTIN; ANGELICA MARTINEZ; STEPHANIE MARTINEZ; CORINNA MASSIET; VICKIE MCDOUGAL; NATALIE McFEE; LIZETTE MELGOZA; LINDA MEPOKEE; DIEGO MONTANO; NATASHIA MONTENEGRO; STEPHANIE ROSE NORCIO; DONNA OSBORN; LILI OSTROW; LUIS PADILLA;<br><br>[CON'D NEXT PAGE] | CASE NO.: CV11-4446-PSG (MRWx)<br><br>DEFENDANT AFFILIATED COMPUTER SERVICES, INC.'S NOTICE OF WITHDRAWAL OF ITS NOTICE OF REMOVAL AND NOTICE OF MOTION AND MOTION FOR REMAND<br><br>DATE:   July 11, 2011<br>TIME:   1:30 P.M.<br>COURTROOM:  880 - Roybal<br><br>District Judge:   Philip S. Gutierrez<br>Courtroom:        880 - Roybal<br>Magistrate Judge: Michael Wilner<br>Courtroom:   H (9th Fl.) – Spring St.<br><br>State Action Filed:   April 19, 2011 |

| | |
|---|---|
| 1 | JENNIFER PENDERGRAFT; ) |
| | MARY PERDOMO; JESSICA PINA; ) |
| 2 | KARINA PORCAYO; APRIL ) |
| | REGINO; DENYSE RODRIGUEZ; ) |
| 3 | ANGELA ROLLON; CHRISTINA ) |
| | ROMERO; VALERIE SANCHEZ; ) |
| 4 | MICHELLE SANCHEZ; BIANCA ) |
| | SAPOZHNIKOV; THERESA ) |
| 5 | STEVENS; VERONICA TAMURA; ) |
| | HEATHER TROTTER; ROCIO ) |
| 6 | VALDEZ; MARIE VALDEZ; DAVID ) |
| | VALENCIA; ERWIN VALENCIA; ) |
| 7 | JACQUELINE WELLS; STEPHANIE ) |
| | XIMENEZ-CALDERON; CHRISTINE ) |
| 8 | YAACOUBIAN; MICHELE ) |
| | ZURCHER; SUFYAN ABDELSHIFE; ) |
| 9 | CHARLES ABRENICA; ERIC ) |
| | ADABKHAH; PRYSCILLA ADAME; ) |
| 10 | CYED ADRAINCEM; APRIL ) |
| | AGUILAR; CANDIDA AGUILAR; ) |
| 11 | ALDRICH ALCANTARA; SCOTT ) |
| | ANDERSON; MARICAR ANGELES; ) |
| 12 | GEOFFREY ARMSTRONG; ) |
| | MICHAEL ARTUSCOOPER; KYLE ) |
| 13 | AU; STACEY AUSBY; DIANE ) |
| | AVEYTIA; DORA AVILA; ELMER ) |
| 14 | AXUME; MELANNIE BAEDOR; ) |
| | SOHAIL BASHIRIAN; LUSWIN ) |
| 15 | BAUTISTA; JOSHUA BERENGUEL; ) |
| | JON BILLINGS; JOHN BOGATZ; ) |
| 16 | CHRISTIAN BOLANOS; ROLAND ) |
| | BOMBANE; JASON BONAGA; ) |
| 17 | ANNIKA BOUCARD; JENNIFER ) |
| | BRENNAN; LAKAYA BROOKS; ) |
| 18 | JENNIFER BROWN; MARIAH ) |
| | BRUNO; VALERIE BRYANT; ) |
| 19 | SHERRY BUENTIEMPO / ) |
| | JOHNSTON; CHENIN BURNETT- ) |
| 20 | DOERING; CAROLINA CALDERON; ) |
| | GARRETT CAMP; COLIN ) |
| 21 | CAMPBELL; ARTURO CAMPOS; ) |
| | NATALIE CANNATA; ANN ) |
| 22 | CAPUNITAN; JUANA CARRILLO; ) |
| | KAMRYN CASIDA; KRYSTLE ) |
| 23 | CASPER; STEVEN CASTILLO; ) |
| | DANIEL CAZARES; KEVIN CHAN; ) |
| 24 | DANNY CHAVEZ; HANSANG CHO; ) |
| | PAMELA CLARK; JENNIFER ) |
| 25 | CLEVELAND; GABRIEL ) |
| | CONTRERAS; MATTHEW COOK; ) |
| 26 | ) |
| 27 | [CON'D NEXT PAGE] ) |
| 28 | _____) |

| | |
|---|---|
| 1 | JONATHAN CORDOVA; MELISSA CORNEJO; JORGE CUADRA; ) |
| 2 | ANDREW CULLEY; WILLIAM DAIGLE; ALLISON DATAN; ) |
| 3 | MAUREEN DATH; AMBER DAVIS; JASON DE BERNARDO; TIMOTHY ) |
| 4 | DEPASCALE; ARTURO DOMINGUEZ; DANIEL EDWARDS; ) |
| 5 | JOSHUA EFFLE-HOY; BRANDON ENGHUSEN; JENNYFER ESCOBAR; ) |
| 6 | MIGUEL ESCOBAR; MARK ESTES; BYRON FIGUEROA; AMY ) |
| 7 | FILAKOUSKY; BRIAN FOOS; VINCENT FOY; ICHACHATOUR ) |
| 8 | GALDJIAN; ISAAC GALINDO; MICHELLE GARAY; JEFFREY ) |
| 9 | GARCIA; JASON GARVIN; JENAY GIBSON; JENNIFER GIBSON; ) |
| 10 | KATHY GLASER; FLOR GOMEZ; KEITH GOMEZ; DANIEL ) |
| 11 | GONZALEZ; FERNANDO GONZALEZ; GEORGE GONZALEZ; ) |
| 12 | IVAN GONZALEZ; RAFAEL GONZALEZ; PATRICE GRANT; ) |
| 13 | COREY GRAY; FREDRIK GRENSTROMER; MICHAEL ) |
| 14 | GUERRA; OSCAR GUERRERO HERNANDEZ; NATALIE ) |
| 15 | GUTIERREZ; JESSICA HEALEY; MICHAEL HEALING; ROCIO HEIL; ) |
| 16 | JOSHUA HEREDIA; CHRISTOPHER HERNANDEZ; BRIAN ) |
| 17 | HILDENHAGEN; DON HO; ALEXANDER HONG; KAREN HUA; ) |
| 18 | PATRICIA MICHELE HUERTA; JOSEPH HUIZAR; BOBBY HUSTON; ) |
| 19 | JOSE IBARRA; KARAN IBRANOSIAN; BROOKE JENSEN; ) |
| 20 | JAMIE JOHNSON; JOY JORDAN; WALTER JORDAN-AZHAR; ) |
| 21 | JESSICA JUSAK; SOFIA KAZANCHIAN; BRAD KEASLER; ) |
| 22 | JOSEPH KELLEY; CHRISTOPHER KERMANI; DANNY ICHA TEICIAN; ) |
| 23 | SHANE KNAPP; MEREDITH KRAUT; HONEYLYNN ) |
| 24 | LADRILLONO; MALCOLM LAKES; JACOB LARA; ERIKA LARRONDO; ) |
| 25 | ANGIE LEE; KEVIN DOLL LEE; SEUNG LEE; MARLEN LEIVA; ) |
| 26 | RENE LEIVA; ARIC LEWIS; ) |
| 27 | [CON'D NEXT PAGE] ) |
| 28 | _____ ) |

| | |
|---|---|
| 1 | YVONNE LLAMAS; AIXA LOPEZ; JUAN LOPEZ; LISA LOVE; ASHLEY LOVETTE; ERIC LUCAS; SHELLIE MADEROMURRIETTA; MARCIANA MADISON; KATIUSCA MARIN; MICHAEL MARQUEZ; ROBERT MARQUEZ; RICO MARSHELLO; GUILLERMO MAXWELL; TRACY McFARLIN; COLIN McRAVEY; GABRIEL MELCHOR; ROSE MENESES; TOMAS MENESES; JASON MONTELIBANO; JOSR MONTERROSA; DANIEL MOORE; YOHANA M MORALES; CYNTHIA MOREAU; DESIREE MORENO; ERNEST MORRIS; JUSTIN MOSCOWITZ; LAURA MOUA; ERMER MUNAR; ADAH MUNOZ; ANDY NAJPAUER; ZAREH NAZARYAN; SARENA NELSON; KRISTIAN NELSON; CHRISTALEY NESBITT; TORCY NEWCOMBE; CHARMEL NEWELL; APRIL NEWTON; RICHARD NOWAK; AARON OLCH; JAMES OTERO; TRAVIS OZIER; SARAH PARK; MATTHEW PARKER; KAREN PAULK; SAMUEL PAXSON; JUSTIN PENA; DANIEL PEREZ; NATHANIEL PHILLIPS; ROBERT PORTER; MICHAEL PROTUS; STEPHANIE QUAYE; LAUREN RAGAY; CANDACE REDDIX; JAVIER RENTERIA OLMEDO; LESLIE RESKA; JASON RICHARDS; DIANA RIVERA; ALEXANDER RODRIGUEZ; GABRIEL RODRIGUEZ; LUZ RODRIGUEZ; BRITTNEY RODRIGUEZ; DANIEL ROMAN; ABEL ROMERO; ADRIANA ROSALES; ALVARO RUIZ; NICOLE RUIZ; RAYMOND RUOTOLO; MICHAEL RUPP; JUAN SANCHEZ; LEYLA SANCHEZ; SALVATORE SANMARCO; NUBIA SANTIAGO; JACOB SAWYER; STEVEN SCALLION; ANDREW SCHICK; ASHLIE SEITZ; MICHAEL SHEN; TASHA SHERLEY; LUCAS SPENSER; MARTIN STAMPLER; ANDREW STARNES; DONNA STEWART; ROLANDO SUNGA, III; |

**[CON'D NEXT PAGE]**

---

*Tiffany Banks v. California School of Culinary Arts, et al.*   Case No.:   CV11-4446 PSG (MRWx)
*Notice of Withdrawal and Notice of Motion & Motion For Remand*                Page - 4 -

| | |
|---|---|
| 1 | ALICIA SWEETING; TERESA ) |
|   | TANG; LAWRENCE TAYLOR; ) |
| 2 | TRAVIS TAYLOR; CHRISTOPHER ) |
|   | TEAGUE; HUNG TRAN; DONNA ) |
| 3 | TRINH; NANCY TSAI; EVAN ) |
|   | TSUCHIYAMA; RUSSELL TUAZON;) |
| 4 | VIGEN TUMOYAN; GEORGE TZE- ) |
|   | POLO; DANIEL URIBE; DAVID ) |
| 5 | VALDEZ; CLAUDIA VANBEEKOM; ) |
|   | JOSEPH VANOVER; KATHERINE ) |
| 6 | VASQUEZ; NICHOLAS VASQUEZ; ) |
|   | RYAN VELILLA; JESUS VENEGAS; ) |
| 7 | VICTOR VIDES; JACOB VIGGIANO; ) |
|   | ERIC VILLEGAS; PETER ) |
| 8 | VILLEGAS; ALEXANDRA ) |
|   | WALLEN; SARAH WARD; JESSICA ) |
| 9 | WAUGH; STEPHEN WELLS; ) |
|   | STACIE WHEELOCK; JENA WHITE; ) |
| 10 | EMILY WILLIAMS; LORREN ) |
|    | WILLIAMS; ASHLEIGH WRIGHT; ) |
| 11 | SUSAN YOON; MICHELE ) |
|    | YOSHIMURA; and BRANDON YURT) |
| 12 |                                   ) |
|    |           Plaintiffs,             ) |
| 13 |                                   ) |
|    |      v.                           ) |
| 14 |                                   ) |
|    | CALIFORNIA SCHOOL OF              ) |
| 15 | CULINARY ARTS, INC., a California ) |
|    | corporation; CAREER EDUCATION     ) |
| 16 | CORPORATION, a Delaware           ) |
|    | corporation; SALLIE MAE, INC., a  ) |
| 17 | Delaware corporation; SALLIE MAE  ) |
|    | BANK OF UTAH, a Utah corporation; ) |
| 18 | SALLIE MAE EDUCATION TRUST,       ) |
|    | a Delaware statutory trust; SLM   ) |
| 19 | EDUCATION CREDIT FINANCE          ) |
|    | CORPORATION, a Delaware           ) |
| 20 | corporation; SLM EDUCATION        ) |
|    | CREDIT MANAGEMENT                 ) |
| 21 | CORPORATION, a Delaware           ) |
|    | corporation; CAVALIER FUNDING 1   ) |
| 22 | LLC, a Delaware limited liability ) |
|    | company; NELNET, INC., a Nebraska ) |
| 23 | Corporation; DOLLAR BANK,         ) |
|    | FEDERAL SAVINGS BANK, a           ) |
| 24 | Pennsylvania corporation;         ) |
|    | STILLWATER NATIONAL BANK          ) |
| 25 | AND TRUST COMPANY, an             ) |
|    | Oklahoma corporation; SOUTHWEST   ) |
| 26 | BANCORP, INC., an Oklahoma        ) |
|    |                                   ) |
| 27 |                                   ) |
|    |     [CON'D NEXT PAGE]             ) |
| 28 | _____) |

*Tiffany Banks v. California School of Culinary Arts, et al.*   Case No.:   CV11-4446 PSG (MRWx)
*Notice of Withdrawal and Notice of Motion & Motion For Remand*                 Page - 5 -

| | |
|---|---|
| 1 | corporation; JPMORGAN CHASE & ) |
|   | Co., a Delaware corporation; WELLS ) |
| 2 | FARGO BANK, N.A., a national ) |
|   | association; WELLS FARGO & ) |
| 3 | COMPANY, a Delaware corporation; ) |
|   | WACHOVIA FINANCIAL ) |
| 4 | SERVICES, INC. a North Carolina ) |
|   | corporation; BANK OF AMERICA ) |
| 5 | CORPORATION, a Delaware ) |
|   | corporation; BANK OF AMERICA, ) |
| 6 | N.A., a national association; ) |
|   | CITIGROUP, INC., a Delaware ) |
| 7 | corporation; AFFILIATED ) |
|   | COMPUTER SERVICES, INC., a ) |
| 8 | Delaware Corporation; GREEN TREE ) |
|   | SERVICING LLC, a Delaware limited ) |
| 9 | liability corporation EDFINANCIAL ) |
|   | SERVICES, LLC, a Nevada limited ) |
| 10 | liability company; and DOES 1 to ) |
|   | 1,000,000, INCLUSIVE, ) |
| 11 | ) |
|   | Defendants. ) |
| 12 | _____) |

**TO: THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION AND ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on July 11, 2011, at 1:30 p.m., or as soon thereafter as may be heard, before the Honorable Philip S. Gutierrez, in the United States District Court – Central Division, 255 East Temple Street, Los Angeles, California 90012, Courtroom 880, Defendant, AFFILIATED COMPUTER SERVICES, INC, a Delaware Corporation ("ACS"), by and through its undersigned counsel, will and hereby does withdraw its Notice of Removal and requests the Court remand this action to state court.

This Motion is based on the grounds that the state court has ordered this litigation stayed in a related case, <u>Daniel Vasquez v. California School of Culinary Arts, et al.</u>, case number BC393129 ("<u>Vasquez</u> Matter"). Moreover, all other defendants in this action will not join the removal as required by federal law. (<u>See</u> <u>Destfino v. Reiswig</u>, 630 F.3d 952, 956-957 (9th Cir. 2011).) Therefore, remand is required in this instance pursuant to 28 U.S.C. § 1447(c).

1      This motion is based on this Notice of Motion and Motion, the Memorandum of
2  Points and Authorities, the Declaration of Stacy L. Fode, and Request for Judicial
3  Notice filed concurrently herewith, the papers, records, and file herein, and such
4  evidence as may be presented at the hearing of this motion.

                                                         **BROWN LAW GROUP**

Dated: May 31, 2011          By: _[signature]_____
                                                   Janice P. Brown, Esq.
                                                   Stacy L. Fode, Esq.
                                                   Bryce C. Besser, Esq.
                                                   Attorneys for Defendant,
                                                   AFFILIATED COMPUTER SERVICES,
                                                   INC., a Delaware corporation

**PROOF OF SERVICE**
*Tiffany Banks v. California Culinary School of Arts, et al.*
USDC - Central District, Western Division Case No.: CV11-4446-PSG (MRWx)

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is 600 B Street, Suite 1650, San Diego, California 92101.

On *May 31, 2011*, I served the foregoing document(s) described as:

**DEFENDANT AFFILIATED COMPUTER SERVICES, INC.'S NOTICE OF WITHDRAWAL OF ITS NOTICE OF REMOVAL AND NOTICE OF MOTION AND MOTION FOR REMAND**

on all interested parties in this action in the following manner as set forth below:

( X )  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):** Pursuant to controlling General Order(s) and Federal Rules Of Civil Procedure ("F.R.Civ.P."), the foregoing document will be served by the court via CM/ECF and hyperlink to the document. On *May 31, 2011* I checked the CM/ECF docket for this civil action and determined that the following person(s) are on the *Electronic Mail Notice List* to receive CM/ECF transmission at the email address(es) indicated:

- Michael L. Kelly, Esq. - mlk@kirtlandpackard.com
- Behram V. Parekh, Esq. - bparekh@yaplaw.com
- Joshua A. Fields, Esq. - jaf@kirtlandpackard.com
- Ray E. Gallo, Esq. - rgallo@gallo-law.com
- Dominic Valerian, Esq. - dvalerian@gmail.com
- Patrick V. Chesney, Esq. - pchesney@gallo-law.com
- Stuart Richter, Esq. - stuart.richter@kattenlaw.com
- Melissa S. Glousman, Esq. - melissa.glousman@kattenlaw.com
- Kristin L. Holland, Esq. - kristin.holland@kattenlaw.com
- Jeff E. Scott, Esq. - scottj@gtlaw.com
- Gregory A. Nylen, Esq. - nyleng@gtlaw.com
- Adil M. Khan, Esq. - khanad@gtlaw.com
- Lisa M. Simonetti, Esq. - lsimonetti@stroock.com
- Seth M. Goldstein, Esq. - sgoldstein@stroock.com
- Monica Cruz Thornton, Esq. - mthorton@selmanbreitman.com
- Jared Giddens, Esq. - jgiddens@cwlaw.com

- Rich Love, Esq. - rloveiii@cwlaw.com
- William L. Stern, Esq. - Wstern@mofo.com
- Jennifer Gould, Esq. - Jgould@mofo.com
- Donald J. Querio, Esq. - djq@severson.com
- Mark D. Lonergan, Esq. - mdl@severson.com
- Marlene Camacho Nowlin, Esq. - mcn@severson.com
- Amir Torkamini, Esq. - aat@severson.com

( ) **TO BE SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):** On *May 31, 2011*, I served the following person(s) and/or entity(ies) at the last known address(es) in this civil action by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the Judge here constitutes a declaration that mailing to the Judge will be completed no later than twenty-four (24) hours after the document is filed*:

*Service information continued on the "Service List" attached*

( ) **TO BE SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 on *May 31, 2011*, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the Judge here constitutes a declaration that personal delivery on the Judge will be completed no later than twenty-four (24) hours after the document is filed*:

*Service information continued on the "Service List" attached*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed *May 31, 2011* at San Diego, California.

_____
**Suzanne Marx - Declarant**

---

*Tiffany Banks v. California School of Culinary Arts, et al.*   Case No.: CV11-4446 PSG (MRWx)
**Proof of Service**                                              Page 2

## U.S. MAIL and/or EMAIL SERVICE LIST

| | |
|---|---|
| Michael L. Kelly, Esq.<br>Behram V. Parekh, Esq.<br>Joshua A. Fields, Esq.<br>KIRTLAND & PACKARD, LLP<br>2361 Rosecrans Avenue - 4th Floor<br>El Segundo, California 90245<br>Telephone: 310.536.1000<br>Facsimile: 310.536.1001<br>Email: mlk@kirtlandpackard.com;<br>bparekh@yaplaw.com; and<br>jaf@kirtlandpackard.com | Attorneys for ALL Plaintiffs – Via NEF only |
| Ray E. Gallo, Esq.<br>Dominic Valerian, Esq.<br>Patrick V. Chesney, Esq.<br>GALLO & ASSOCIATES<br>1101 Fifth Avenue, Suite 205<br>San Rafael, California 94901<br>Telephone: 310.338.1114<br>Facsimile: 310.338.1199<br>Email: rgallo@gallo-law.com;<br>dvalerian@gmail.com; and<br>pchesney@gallo-law.com | Associate Counsel for ALL Plaintiffs – Via NEF only |
| Stuart Richter, Esq.<br>Melissa S. Glousman, Esq.<br>Kristin L. Holland, Esq.<br>KATTEN, MUCHIN & ROSENMAN, LLP<br>2029 Century Park East, Suite 2600<br>Los Angeles, California 90067-3012<br>Telephone: 310.586.7700<br>Facsimile: 310.586.7800<br>Email: stuart.richter@kattenlaw.com;<br>melissa.glousman@kattenlaw.com;<br>kristin.holland@kattenlaw.com;<br>victoria.boyd@kattenlaw.com;<br>eric.guerrero@kattenlaw.com;<br>greg.korman@kattenlaw.com;<br>dana.thompson@kattenlaw.com | Attorneys for Defendants, *CALIFORNIA SCHOOL OF CULINARY ARTS, INC., a California corporation* and *CAREER EDUCATION CORPORATION, a Delaware corporation* – Via NEF only |

## U.S. MAIL and/or EMAIL SERVICE LIST

| | |
|---|---|
| Jeff E. Scott, Esq.<br>Gregory A. Nylen, Esq.<br>Adil M. Khan, Esq.<br>GREENBERG TAURIG<br>2450 Colorado Avenue, Suite 400 East<br>Santa Monica, California 90404<br>Telephone: 310.586.7700<br>Facsimile: 310.586.7800<br>Email: scottj@gtlaw.com;<br>nyleng@gtlaw.com; godwint@gtlaw.com;<br>khanad@gtlaw.com; riveraal@gtlaw.com;<br>and stokiene@gtlaw.com | Associate Counsel for Defendants, *CALIFORNIA SCHOOL OF CULINARY ARTS, INC., a California corporation* and *CAREER EDUCATION CORPORATION, a Delaware corporation* – Via NEF <u>only</u> |
| Lisa M. Simonetti, Esq.<br>Seth M. Goldstein, Esq.<br>STROOCK & STROOCK & LAVAN<br>2029 Century Park East, 16th Floor<br>Los Angeles, California 90067<br>Telephone: 310.556.5800<br>Facsimile: 310.556.5959<br>Email: lsimonetti@stroock.com<br>         sgoldstein@stroock.com | Attorneys for Defendants, *SALLIE MAE, INC., a Delaware corporation; SALLIE MAE BANK OF UTAH, a Utah corporation; SALLIE MAE EDUCATION TRUST, a Delaware statutory trust; SLM EDUCATION CREDIT FINANCE CORPORATION, a Delaware corporation; SLM EDUCATION CREDIT MANAGEMENT CORPORATION, a Delaware corporation;* and *CAVALIER FUNDING 1 LLC, a Delaware limited liability company* – Via NEF <u>only</u> |
| Monica Cruz Thornton, Esq.<br>SELMAN & BREITMAN, LLP<br>11766 Wilshire Boulevard, 6th Floor<br>Los Angeles, California 90025<br>Telephone: 310.689.7018 / 310.445.0800<br>Facsimile: 310.473.2525<br>Email: mthornton@selmanbreitman.com | Attorneys for Defendants, *STILLWATER NATIONAL BANK AND TRUST COMPANY, an Oklahoma corporation;* and *SOUTHWEST BANCORP, INC., an Oklahoma corporation* – Via NEF <u>only</u> |
| Jared Giddens, Esq.<br>CONNER & WINTERS, LLP<br>1700 One Leadership Square<br>211 North Robinson<br>Oklahoma City, Oklahoma 73102<br>Telephone: 405.272.5731 / 405.272.5711<br>Facsimile: 405.232.2695<br>Email: jgiddens@cwlaw.com | Associate Counsel for Defendants, *STILLWATER NATIONAL BANK AND TRUST COMPANY, an Oklahoma corporation;* and *SOUTHWEST BANCORP, INC., an Oklahoma corporation* – Via NEF |

# U.S. MAIL and/or EMAIL SERVICE LIST

| | |
|---|---|
| Rich Love, Esq.<br>CONNER & WINDERS, LLP<br>4000 One Williams Center<br>Tulsa, Oklahoma 74172-0148<br>Telephone: 918.586.5679 / 918.586.5711<br>Facsimile: 918.586.8679<br>Email: rloveiii@cwlaw.com | Associate Counsel for Defendants, *STILLWATER NATIONAL BANK AND TRUST COMPANY, an Oklahoma corporation*; and *SOUTHWEST BANCORP, INC., an Oklahoma corporation* – Via NEF <u>only</u> |
| William L. Stern, Esq.<br>Jennifer Gould, Esq.<br>MORRISON & FOERSTER, LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: 415.268.7000<br>Facsimile: 415.268.7522<br>Email: wstern@mofo.com<br>          jgould@mofo.com | Attorneys for Defendants, *BANK OF AMERICA CORPORATION, a Delaware corporation* and *BANK OF AMERICA, N.A., a national association* – Via NEF <u>only</u> |
| Donald J. Querio, Esq.<br>Mark D. Lonergan, Esq.<br>SEVERSON & WERSON<br>One Embarcadero Center, Suite 2600<br>San Francisco, California 94111<br>Telephone: 415.398.3344<br>Facsimile: 415.956.0439<br>Email: djq@severson.com<br>          mdl@severson.com | Attorneys for Defendant, *WELLS FARGO BANK, N.A., a national association*; *WELLS FARGO & COMPANY, a Delaware corporation*; and *WACHOVIA FINANCIAL SERVICES, INC., a North Carolina corporation* – Via NEF <u>only</u> |
| Marlene Camacho Nowlin, Esq.<br>Amir Torkamini, Esq.<br>SEVERSON & WERSON<br>The Atrium – Suite 700<br>19100 Von Karman Avenue<br>Irvine, California 92612<br>Telephone: 949.442.7110<br>Facsimile: 949.442.7119<br>Email: mcm@severson.com<br>          aat@severson.com | Associate Counsel for Defendant, *WELLS FARGO BANK, N.A., a national association*; *WELLS FARGO & COMPANY, a Delaware corporation*; and *WACHOVIA FINANCIAL SERVICES, INC., a North Carolina corporation* – Via NEF <u>only</u> |