1 | Janice P. Brown, Esq. (114433)
2 | Stacy L. Fode, Esq. (199883)
  | Bryce C. Besser, Esq. (236845)
3 | BROWN LAW GROUP
4 | 600 B Street, Suite 1650
  | San Diego, California 92101
5 | Telephone: (619) 330-1700 / Facsimile: (619) 330-1701
6 | Attorneys for Defendant, AFFILIATED COMPUTER SERVICES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| TIFFANY BANKS; HALEY BERGER; ANNA BERKOWITZ; ROCCO CAMARILLO; JENNIFER CENTENO; CECILIA CHARILY; JOHANNA CHARLTON; KATRINA COFFMAN; OSIRIS CORDOVA; ANDREW COTTLE; KORINA DEL REAL; JOSE DETRES; RODRIGO DORANTES; ADRIANA EDWARDS; ARACELI ESCOTO; ASHLEY GALINDO; MELISSA GIBSON; CECILIA GOMEZ; LAUREL GRESSETT; ELIZABETH GUTIERREZ; JULIANNA HERNANDEZ; TRESA HOLLIS PERKINS; NATALIE HORVATH; ASHLEY HUDSON; McKIM JACOBSON; LAUREN JETTE; ORTAL KAVON; ALLYSUN KNAPP; ELAM LOPEZ; TIERRA MACON; STEPHANIE MAGANA; STEPHANIE MARTIN; ANGELICA MARTINEZ; STEPHANIE MARTINEZ; CORINNA MASSIET; VICKIE MCDOUGAL; NATALIE McFEE; LIZETTE MELGOZA; LINDA MEPOKEE; DIEGO MONTANO; NATASHIA MONTENEGRO; STEPHANIE ROSE NORCIO; DONNA OSBORN; LILI OSTROW; LUIS PADILLA; [CON'D NEXT PAGE] | CASE NO.: CV11-4446-PSG (MRWx)<br><br>DECLARATION OF STACY L. FODE IN SUPPORT OF DEFENDANT AFFILIATED COMPUTER SERVICES, INC.'S NOTICE OF WITHDRAWAL OF ITS NOTICE OF REMOVAL AND MOTION FOR REMAND<br><br>DATE: July 11, 2011<br>TIME: 1:30 P.M.<br>COURTROOM: 880 - Roybal<br><br>District Judge: Philip S. Gutierrez<br>Courtroom: 880 - Roybal<br>Magistrate Judge: Michael Wilner<br>Courtroom: H (9th Fl.) – Spring St.<br><br>State Action Filed: April 19, 2011 |

| | |
|---|---|
| 1 | JENNIFER PENDERGRAFT; MARY PERDOMO; JESSICA PINA; |
| 2 | KARINA PORCAYO; APRIL REGINO; DENYSE RODRIGUEZ; |
| 3 | ANGELA ROLLON; CHRISTINA ROMERO; VALERIE SANCHEZ; |
| 4 | MICHELLE SANCHEZ; BIANCA SAPOZHNIKOV; THERESA |
| 5 | STEVENS; VERONICA TAMURA; HEATHER TROTTER; ROCIO |
| 6 | VALDEZ; MARIE VALDEZ; DAVID VALENCIA; ERWIN VALENCIA; |
| 7 | JACQUELINE WELLS; STEPHANIE XIMENEZ-CALDERON; CHRISTINE |
| 8 | YAACOUBIAN; MICHELE ZURCHER; SUFYAN ABDELSHIFE; |
| 9 | CHARLES ABRENICA; ERIC ADABKHAH; PRYSCILLA ADAME; |
| 10 | CYED ADRAINCEM; APRIL AGUILAR; CANDIDA AGUILAR; |
| 11 | ALDRICH ALCANTARA; SCOTT ANDERSON; MARICAR ANGELES; |
| 12 | GEOFFREY ARMSTRONG; MICHAEL ARTUSCOOPER; KYLE |
| 13 | AU; STACEY AUSBY; DIANE AVEYTIA; DORA AVILA; ELMER |
| 14 | AXUME; MELANNIE BAEDOR; SOHAIL BASHIRIAN; LUSWIN |
| 15 | BAUTISTA; JOSHUA BERENGUEL; JON BILLINGS; JOHN BOGATZ; |
| 16 | CHRISTIAN BOLANOS; ROLAND BOMBANE; JASON BONAGA; |
| 17 | ANNIKA BOUCARD; JENNIFER BRENNAN; LAKAYA BROOKS; |
| 18 | JENNIFER BROWN; MARIAH BRUNO; VALERIE BRYANT; |
| 19 | SHERRY BUENTIEMPO / JOHNSTON; CHENIN BURNETT- |
| 20 | DOERING; CAROLINA CALDERON; GARRETT CAMP; COLIN |
| 21 | CAMPBELL; ARTURO CAMPOS; NATALIE CANNATA; ANN |
| 22 | CAPUNITAN; JUANA CARRILLO; KAMRYN CASIDA; KRYSTLE |
| 23 | CASPER; STEVEN CASTILLO; DANIEL CAZARES; KEVIN CHAN; |
| 24 | DANNY CHAVEZ; HANSANG CHO; PAMELA CLARK; JENNIFER |
| 25 | CLEVELAND; GABRIEL CONTRERAS; MATTHEW COOK; |
| 26 | |
| 27 | **[CON'D NEXT PAGE]** |
| 28 | |

*Tiffany Banks v. California School of Culinary Arts, et al.*   Case No.:   CV11-4446 PSG (MRWx)
*Declaration of Stacy L. Fode In Support of Notice of Withdrawal/Motion For Remand*   Page - 2 -

| | |
|---|---|
| 1 | JONATHAN CORDOVA; MELISSA CORNEJO; JORGE CUADRA; ) |
| 2 | ANDREW CULLEY; WILLIAM DAIGLE; ALLISON DATAN; ) |
| 3 | MAUREEN DATH; AMBER DAVIS; JASON DE BERNARDO; TIMOTHY ) |
| 4 | DEPASCALE; ARTURO DOMINGUEZ; DANIEL EDWARDS; ) |
| 5 | JOSHUA EFFLE-HOY; BRANDON ENGHUSEN; JENNYFER ESCOBAR; ) |
| 6 | MIGUEL ESCOBAR; MARK ESTES; BYRON FIGUEROA; AMY ) |
| 7 | FILAKOUSKY; BRIAN FOOS; VINCENT FOY; ICHACHATOUR ) |
| 8 | GALDJIAN; ISAAC GALINDO; MICHELLE GARAY; JEFFREY ) |
| 9 | GARCIA; JASON GARVIN; JENAY GIBSON; JENNIFER GIBSON; ) |
| 10 | KATHY GLASER; FLOR GOMEZ; KEITH GOMEZ; DANIEL ) |
| 11 | GONZALEZ; FERNANDO GONZALEZ; GEORGE GONZALEZ; ) |
| 12 | IVAN GONZALEZ; RAFAEL GONZALEZ; PATRICE GRANT; ) |
| 13 | COREY GRAY; FREDRIK GRENSTROMER; MICHAEL ) |
| 14 | GUERRA; OSCAR GUERRERO HERNANDEZ; NATALIE ) |
| 15 | GUTIERREZ; JESSICA HEALEY; MICHAEL HEALING; ROCIO HEIL; ) |
| 16 | JOSHUA HEREDIA; CHRISTOPHER HERNANDEZ; BRIAN ) |
| 17 | HILDENHAGEN; DON HO; ALEXANDER HONG; KAREN HUA; ) |
| 18 | PATRICIA MICHELE HUERTA; JOSEPH HUIZAR; BOBBY HUSTON; ) |
| 19 | JOSE IBARRA; KARAN IBRANOSIAN; BROOKE JENSEN; ) |
| 20 | JAMIE JOHNSON; JOY JORDAN; WALTER JORDAN-AZHAR; ) |
| 21 | JESSICA JUSAK; SOFIA KAZANCHIAN; BRAD KEASLER; ) |
| 22 | JOSEPH KELLEY; CHRISTOPHER KERMANI; DANNY ICHA TEICIAN; ) |
| 23 | SHANE KNAPP; MEREDITH KRAUT; HONEYLYNN ) |
| 24 | LADRILLONO; MALCOLM LAKES; JACOB LARA; ERIKA LARRONDO; ) |
| 25 | ANGIE LEE; KEVIN DOLL LEE; SEUNG LEE; MARLEN LEIVA; ) |
| 26 | RENE LEIVA; ARIC LEWIS; ) |
| 27 | [CON'D NEXT PAGE] ) |
| 28 | ) |

| | |
|---|---|
| 1 | YVONNE LLAMAS; AIXA LOPEZ; )
| | JUAN LOPEZ; LISA LOVE; ASHLEY )
| 2 | LOVETTE; ERIC LUCAS; SHELLIE )
| | MADEROMURRIETTA; MARCIANA )
| 3 | MADISON; KATIUSCA MARIN; )
| | MICHAEL MARQUEZ; ROBERT )
| 4 | MARQUEZ; RICO MARSHELLO; )
| | GUILLERMO MAXWELL; TRACY )
| 5 | McFARLIN; COLIN McRAVEY; )
| | GABRIEL MELCHOR; ROSE )
| 6 | MENESES; TOMAS MENESES; )
| | JASON MONTELIBANO; JOSR )
| 7 | MONTERROSA; DANIEL MOORE; )
| | YOHANA M MORALES; CYNTHIA )
| 8 | MOREAU; DESIREE MORENO; )
| | ERNEST MORRIS; JUSTIN )
| 9 | MOSCOWITZ; LAURA MOUA; )
| | ERMER MUNAR; ADAH MUNOZ; )
| 10 | ANDY NAJPAUER; ZAREH )
| | NAZARYAN; SARENA NELSON; )
| 11 | KRISTIAN NELSON; CHRISTALEY )
| | NESBITT; TORCY NEWCOMBE; )
| 12 | CHARMEL NEWELL; APRIL )
| | NEWTON; RICHARD NOWAK; )
| 13 | AARON OLCH; JAMES OTERO; )
| | TRAVIS OZIER; SARAH PARK; )
| 14 | MATTHEW PARKER; KAREN )
| | PAULK; SAMUEL PAXSON; JUSTIN )
| 15 | PENA; DANIEL PEREZ; )
| | NATHANIEL PHILLIPS; ROBERT )
| 16 | PORTER; MICHAEL PROTUS; )
| | STEPHANIE QUAYE; LAUREN )
| 17 | RAGAY; CANDACE REDDIX; )
| | JAVIER RENTERIA OLMEDO; )
| 18 | LESLIE RESKA; JASON RICHARDS; )
| | DIANA RIVERA; ALEXANDER )
| 19 | RODRIGUEZ; GABRIEL )
| | RODRIGUEZ; LUZ RODRIGUEZ; )
| 20 | BRITTNEY RODRIGUEZ; DANIEL )
| | ROMAN; ABEL ROMERO; )
| 21 | ADRIANA ROSALES; ALVARO )
| | RUIZ; NICOLE RUIZ; RAYMOND )
| 22 | RUOTOLO; MICHAEL RUPP; JUAN )
| | SANCHEZ; LEYLA SANCHEZ; )
| 23 | SALVATORE SANMARCO; NUBIA )
| | SANTIAGO; JACOB SAWYER; )
| 24 | STEVEN SCALLION; ANDREW )
| | SCHICK; ASHLIE SEITZ; MICHAEL )
| 25 | SHEN; TASHA SHERLEY; LUCAS )
| | SPENSER; MARTIN STAMPLER; )
| 26 | ANDREW STARNES; DONNA )
| | STEWART; ROLANDO SUNGA, III; )
| 27 | |
| | **[CON'D NEXT PAGE]** )
| 28 | |

| | |
|---|---|
| 1 | ALICIA SWEETING; TERESA TANG; LAWRENCE TAYLOR; |
| 2 | TRAVIS TAYLOR; CHRISTOPHER TEAGUE; HUNG TRAN; DONNA |
| 3 | TRINH; NANCY TSAI; EVAN TSUCHIYAMA; RUSSELL TUAZON; |
| 4 | VIGEN TUMOYAN; GEORGE TZE-POLO; DANIEL URIBE; DAVID |
| 5 | VALDEZ; CLAUDIA VANBEEKOM; JOSEPH VANOVER; KATHERINE |
| 6 | VASQUEZ; NICHOLAS VASQUEZ; RYAN VELILLA; JESUS VENEGAS; |
| 7 | VICTOR VIDES; JACOB VIGGIANO; ERIC VILLEGAS; PETER |
| 8 | VILLEGAS; ALEXANDRA WALLEN; SARAH WARD; JESSICA |
| 9 | WAUGH; STEPHEN WELLS; STACIE WHEELOCK; JENA WHITE; |
| 10 | EMILY WILLIAMS; LORREN WILLIAMS; ASHLEIGH WRIGHT; |
| 11 | SUSAN YOON; MICHELE YOSHIMURA; and BRANDON YURT |
| 12 | Plaintiffs, |
| 13 | |
| 14 | v. |
| 15 | CALIFORNIA SCHOOL OF CULINARY ARTS, INC., a California corporation; CAREER EDUCATION |
| 16 | CORPORATION, a Delaware corporation; SALLIE MAE, INC., a |
| 17 | Delaware corporation; SALLIE MAE BANK OF UTAH, a Utah corporation; |
| 18 | SALLIE MAE EDUCATION TRUST, a Delaware statutory trust; SLM |
| 19 | EDUCATION CREDIT FINANCE CORPORATION, a Delaware |
| 20 | corporation; SLM EDUCATION CREDIT MANAGEMENT |
| 21 | CORPORATION, a Delaware corporation; CAVALIER FUNDING 1 |
| 22 | LLC, a Delaware limited liability company; NELNET, INC., a Nebraska |
| 23 | Corporation; DOLLAR BANK, FEDERAL SAVINGS BANK, a |
| 24 | Pennsylvania corporation; STILLWATER NATIONAL BANK |
| 25 | AND TRUST COMPANY, an Oklahoma corporation; SOUTHWEST |
| 26 | BANCORP, INC., an Oklahoma |
| 27 | |
| 28 | **[CON'D NEXT PAGE]** |

| | |
|---|---|
| 1 | corporation; JPMORGAN CHASE & Co., a Delaware corporation; WELLS ) |
| 2 | FARGO BANK, N.A., a national association; WELLS FARGO & ) |
| 3 | COMPANY, a Delaware corporation; WACHOVIA FINANCIAL ) |
| 4 | SERVICES, INC. a North Carolina corporation; BANK OF AMERICA ) |
| 5 | CORPORATION, a Delaware corporation; BANK OF AMERICA, ) |
| 6 | N.A., a national association; CITIGROUP, INC., a Delaware ) |
| 7 | corporation; AFFILIATED COMPUTER SERVICES, INC., a ) |
| 8 | Delaware Corporation; GREEN TREE SERVICING LLC, a Delaware limited ) |
| 9 | liability corporation EDFINANCIAL SERVICES, LLC, a Nevada limited ) |
| 10 | liability company; and DOES 1 to 1,000,000, INCLUSIVE, ) |
| 11 | ) |
| 12 | Defendants. ) |

I, Stacy L. Fode, Esq., declare as follows:

1.  I am an attorney licensed to practice law in the State of California and in the above-entitled Court. I am a partner at BROWN LAW GROUP, attorneys of record in this action for Defendant, AFFILIATED COMPUTER SERVICES, INC., a Delaware Corporation ("ACS").

2.  I have personal knowledge of the facts set forth below and if called to do so, could and would testify competently thereto.

3.  Plaintiffs filed the instant matter, <u>Tiffany Banks v. California School of Culinary Arts, et al.</u>, Los Angeles Superior Court case number BC459917 ("<u>Banks</u> Matter), on April 19, 2011.

4.  After ACS was served with Plaintiffs' complaint, ACS filed a Notice of Removal.

5.  On May 24, 2011, I received calls from two different lawyers for co-defendants in the above-captioned litigation in response to receiving ACS' removal papers. Both attorneys also represent defendants in a related matter, <u>Vasquez v. California School of Culinary Arts, et al.</u>, Los Angeles Superior Court case number

1  BC393129 ("Vasquez Matter"), which is a class action brought by Plaintiffs' counsel
2  in this matter against most of the same defendants.
3      6.  During my May 24, 2011 conversations with attorneys for co-defendants,
4  the attorneys informed me that the court in the Vazquez Matter ordered during a
5  Further Status Conference that the Banks Matter be stayed as soon as the two actions
6  were deemed related.  On May 24, 2011, counsel provided me with a copy of the
7  Notice of Ruling discussing the stay at paragraph 7.  A true and correct copy of the
8  April 27, 2011 Notice of Ruling obtained by co-counsel is attached hereto as
9  **Exhibit 1**.
10     7.  Plaintiffs have sued over twenty defendants, most of whom are large
11 corporations.  As of the time of the filing of ACS' Notice of Removal, no defendant
12 had yet filed its responsive pleading, and it appeared as if all Defendants had not yet
13 been served.  Thus, we were unable to determine if defendants would join the removal
14 prior to filing the Notice of Removal.  In compliance with the joinder requirement,
15 ACS promptly served its Notice of Removal on all defendants.
16     8.  After ACS filed the Notice of Removal and served the defendants,
17 I learned that not all defendants would join the removal.
18     9.  Therefore, in an effort to reduce any further burden on this Court, and so
19 as not to disrupt the stay ordered in this litigation by the state court, ACS seeks to
20 voluntarily withdraw its Notice of Removal.
21    I declare under penalty of perjury under the laws of the State of California and
22 the United States of America that the foregoing is true and correct.
23    Executed this 31st day of May, 2011, in San Diego County, California.

_____
Stacy L. Fode, Esq.

---

*Tiffany Banks v. California School of Culinary Arts, et al.*   Case No.:   CV11-4446 PSG (MRWx)
*Declaration of Stacy L. Fode In Support of Notice of Withdrawal/Motion For Remand*   Page - 7 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit "1"

---

*Tiffany Banks v. California School of Culinary Arts, et al.*   Case No.:   CV11-4446 PSG (MRWx)
***Declaration of Stacy L. Fode In Support of Notice of Withdrawal/Motion For Remand    Exhibit 1***

| | |
|---|---|
| 1 | Michael Louis Kelly - State Bar No. 82063 |
|   | Behram V. Parekh - State Bar No. 180361 |
| 2 | Joshua A. Fields - State Bar No. 242938 |
|   | **KIRTLAND & PACKARD LLP** |
| 3 | 2361 Rosecrans Avenue; Fourth Floor |
|   | El Segundo, California 90245 |
| 4 | Phone: 310.536.1000 |
|   | Facsimile: 310.536.1001 |
| 5 | |
| 6 | Ray E. Gallo - State Bar No. 158903 |
|   | Dominic Valerian - State Bar No. 240001 |
|   | Patrick V. Chesney - State Bar No. 267587 |
| 7 | **GALLO & ASSOCIATES** |
|   | 1101 Fifth Avenue, Suite 205 |
| 8 | San Rafael, CA 94901 |
|   | Phone: 310.338.1114 |
| 9 | Facsimile: 310.338.1199 |
| 10 | *Counsel for Plaintiffs, individually* |
|    | *and for all others similarly situated* |

FILE 000490-0911
RECEIVED 4/28/11
POSTMARKED 4/27/11
STROOCK & STROOCK & LAVA
Lms/smg/Tg/caL

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES, CENTRAL CIVIL WEST

| | |
|---|---|
| DANIEL VASQUEZ, CHERISH HERNDON, RENE VILLALOBOS, ALANA O'SHEA, ELISABETH GIBSON, MICHAEL MERGIL, NORMA RIZO, ROSAURA BORGES, RYAN FOWLER, and ELISA HERNANDEZ on behalf of themselves and all others similarly situated, | Case No. BC393129 |
| | CLASS ACTION |
| | Assigned to the Hon. Jane L. Johnson Dept. 308 |
| Plaintiffs, | **NOTICE OF RULING** |
| v. | Complaint Filed:   June 23, 2008 |
| CALIFORNIA SCHOOL OF CULINARY ARTS, INC., a California corporation, CAREER EDUCATION CORPORATION, a Delaware corporation, SALLIE MAE, INC., a Delaware corporation; SALLIE MAE BANK OF UTAH, a Utah corporation; SALLIE MAE EDUCATION TRUST, a Delaware statutory trust; DOLLAR BANK, FEDERAL SAVINGS BANK, a Pennsylvania corporation; STILLWATER NATIONAL BANK AND TRUST COMPANY, a national bank; SOUTHWEST BANCORP, INC., an Oklahoma corporation; WELLS FARGO BANK, N.A., a national association; WELLS FARGO & COMPANY, a Delaware corporation; STUDENT LOAN FINANCE CORPORATION, a South Dakota corporation; SUN TRUST BANKS, INC., a Georgia | |

02176-00001  146999.01

| | |
|---|---|
| 1 | corporation; SUN TRUST STUDENT LOAN FUNDING, LLC, a Delaware limited liability company; BANK OF AMERICA CORPORATION, a Delaware corporation; ACADEMIC MANAGEMENT SERVICES CORPORATION, a Delaware corporation; WACHOVIA FINANCIAL SERVICES, INC., a North Carolina corporation; J.P. MORGAN CHASE BANK (FKA BANK ONE), a New York corporation; FIFTH THIRD BANK, an Ohio corporation; CITIGROUP, INC., a Delaware corporation; COLLEGE LOAN CORPORATION, a Nevada corporation, and DOES 1 to 1,000,000 inclusive, |
| | Defendants. |

**TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    **PLEASE TAKE NOTICE** that, at the Further Status Conference in the above-captioned matter on April 25, 2011, the Court made the following orders:

    (1)    Plaintiffs' Application for Dismissal of all causes of action without prejudice as against defendant Citigroup, Inc. only is GRANTED.

    (2)    Plaintiffs' Application for Dismissal of all causes of action without prejudice as against defendants Dollar Bank, Federal Savings Bank, Sun Trust Banks, Inc., Sun Trust Student Loan Funding, LLC, JP Morgan Chase Bank (FKA Bank One), Fifth Third Bank, and College Loan Corporation only is GRANTED.

    (3)    Discovery in this action as between Plaintiffs and the remaining Student Lender Defendants and the Loan Servicer Defendants is STAYED until the Court's ruling on Plaintiffs' Motion for Class Certification or further order of this Court.

    (4)    The obligation of the remaining Student Lender Defendants and the Loan Servicer Defendants to file a responsive pleading to Plaintiffs' Fourth Amended Complaint is STAYED until the Court's ruling on Plaintiff's Motion for Class Certification or further order of this Court.

    (5)    The deadline for Plaintiffs to file their motion for class certification is May 31, 2011.

(6)  A Further Status Conference is scheduled for June 15, 2011 at 9:00 a.m. in Dept. 308 of this Court.  Plaintiffs are to file a Joint Status Report at least five court days in advance of the conference.

(7)  The "mass action" that Plaintiffs filed by way of a separate complaint, including claims by approximately 300 individual plaintiffs, will be stayed upon relation to this case by the Court.

(8)  Any defendant who has been dismissed from the Fourth Amended Class Action Complaint will be given notice of any motion to amend the complaint to bring such defendant back into the class action case.

DATED: April 27, 2011

KIRTLAND & PACKARD LLP

By: *[signature]*
MICHAEL LOUIS KELLY
BEHRAM V. PAREKH
JOSHUA A. FIELDS

*Counsel for Plaintiffs, individually and for all others similarly situated*

PROOF OF SERVICE
[CCP §§1010.6, 1011, 1013, 1013a, 2015.3; CRC 2.260, 2.306]
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I, the undersigned, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 2361 Rosecrans Avenue, Fourth Floor, El Segundo, California 90245. I am "readily familiar" with my employer's practice of collection and processing of correspondence and documents for mailing with the United States Postal Service, mailing via overnight delivery, transmission by facsimile machine, and delivery by hand.

On April 27, 2011, I served a copy of each of the documents listed below by placing said copies for processing as indicated herein:

**NOTICE OF RULING**

(✓)   U.S. MAIL: The correspondence or documents were placed in sealed, labeled envelopes with postage thereon fully prepaid on the above date and placed for collection and mailing at my place of business to be deposited with the U.S. Postal Service at El Segundo, California on this same date in the ordinary course of business.

(✓)   E-MAIL TRANSMISSION: The correspondence or documents were e-mailed from my place of business on this same date in the ordinary course of business prior to 6:00 p.m. Pacific Time.

PERSONS OR PARTIES SERVED:

*PLEASE SEE ATTACHED SERVICE LIST*

(✓)   (State) I certify (or declare) under penalty of perjury that the foregoing is true and correct and that this declaration was executed on April 27, 2011.

( )    (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Marti F. Clark

02176-00001  145944.01

## SERVICE LIST

Vasquez v. California School of Culinary Arts, Inc., et al.
<u>Los Angeles Superior Court Case No. BC 393129</u>

| *Counsel for Defendants California School of Culinary Arts, Inc. and Career Education Corporation* | |
|---|---|
| Stuart Richter, Esq.<br>Melissa S. Glousman, Esq.<br>Kristin L. Holland, Esq.<br>KATTEN MUCHIN ROSENMAN LLP<br>2029 Century Park East, Suite 2600<br>Los Angeles, California 90067-3012 | T: (310) 788-4400<br>F: (310) 788-4471<br><br>Email: <u>stuart.richter@kattenlaw.com</u><br>    <u>melissa.glousman@kattenlaw.com</u><br>    <u>kristin.holland@kattenlaw.com</u><br>    <u>victoria.boyd@kattenlaw.com</u><br>    <u>eric.guerrero@kattenlaw.com</u><br>    <u>greg.korman@kattenlaw.com</u><br>    <u>dana.thompson@kattenlaw.com</u> |
| Jeff E. Scott, Esq.<br>Gregory A. Nylen, Esq.<br>Thomas Godwin, Esq.<br>Adil M. Khan<br>GREENBERG TRAURIG<br>2450 Colorado Avenue, Suite 400 East<br>Santa Monica, CA 90404 | T: (310) 586-7700<br>F: (310) 586-7800<br><br>Email: <u>scottj@gtlaw.com</u><br>    <u>nyleng@gtlaw.com</u><br>    <u>godwint@gtlaw.com</u><br>    <u>khanad@gtlaw.com</u><br>    <u>riveraal@gtlaw.com</u><br>    <u>stokiene@gtlaw.com</u> |
| *Counsel for Defendants Sallie Mae, Inc., Sallie Mae Bank of Utah, Sallie Mae Education Trust, and Academic Management Service Corporation* | |
| Lisa M. Simonetti<br>Seth M. Goldstein<br>Stroock & Stroock & Lavan LLP<br>2029 Century Park East, 16th Floor<br>Los Angeles, CA 90067 | T: (310) 556-5800<br>F: (310) 556-5959<br><br>Email: <u>lsimonetti@stroock.com</u><br>    <u>sgoldstein@stroock.com</u> |
| *Counsel for Defendant Bank of America* | |
| William L. Stern<br>Jennifer Gould<br>MORRISON & FOERSTER LLP<br>425 Market St.<br>San Francisco, CA 94105-2482 | T: (415) 268-7000<br>F: (415) 268-7522<br><br>Email: <u>Wstern@mofo.com</u><br>    <u>Jgould@mofo.com</u> |

02176-00001  145944.01

| | |
|---|---|
| *Counsel for Defendant Sun Trust Banks, Inc. and Sun Trust Student Loan Funding, LLC* ||
| Jeffrey Baxter, Esq.<br>David L. Balser, Esq.<br>McKenna Long & Aldridge LLP<br>303 Peachtree Street, NE, Suite 5300<br>Atlanta, GA 30308 | T: (404) 527-4000<br>F: (404) 527-4198<br><br>Email: jbaxter@mckennalong.com<br><br>T: (404) 527-4174<br><br>Email: dbalser@mckennalong.com |
| *Counsel for Defendant Wells Fargo and Wachovia Financial Services, Inc.* ||
| Donald J. Querio<br>Mark D. Lonergan<br>Severson & Werson<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111 | T: (415) 398-3344<br>F: (415) 956-0439<br><br>Email: djq@severson.com<br>mdl@severson.com |
| Marlene Camacho Nowlin<br>Amir Torkamini<br>Severson & Werson<br>The Atrium<br>19100 Von Karman Ave, Suite 700<br>Irvine, CA 92612 | T: (949) 442-7110<br>F: (949) 442-7118<br><br>Email: mcn@severson.com<br>aat@severson.com |
| *Counsel for Defendant JP Morgan Chase Bank* ||
| Dale Hudson<br>Nixon Peabody LLP<br>Gas Company Tower<br>555 West fifth St., 46th Floor<br>Los Angeles, CA 90012 | T: (213) 629-6015<br>F: (866) 741-1399<br><br>Email: dhudson@nixonpeabody.com<br>ddeane@nixonpeabody.com<br>soconnell@nixonpeabody.com |
| *Counsel for Defendant College Loan Corporation* ||
| Eric M. George, Esq.<br>Marta B. Almli, Esq.<br>Cheryl Priest Ainsworth, Esq.<br>BROWNE WOODS GEORGE LLP<br>2121 Avenue of the Stars, Suite 2400<br>Los Angeles, CA 90067 | T: (310) 274-7100<br>F: (310) 275-5697<br><br>Email: egeorge@bwgfirm.com<br>malmli@bwgfirm.com<br>cainsworth@bwgfirm.com |
| *Counsel for Defendant Student Loan Finance Corporation* ||
| William R. Mitchell<br>LOGAN RETOSKE, LLP<br>31351 Rancho Viejo Road, Suite 202<br>San Juan Capistrano, CA 92675 | T: (949) 489-1251<br>F: (949) 489-1257<br><br>Email: bill@loganretoske.com |

KIRTLAND & PACKARD LLP
LAW OFFICES

02176-00001   145944.01

KIRTLAND & PACKARD LLP
LAW OFFICES

| | |
|---|---|
| *Counsel for Dollar Bank, Federal Savings Bank* | |
| Gail E. Lees, Esq.<br>Timothy Loose, Esq.<br>Gibson, Dunn & Crutcher LLP<br>333 S. Grand Avenue, 50th Floor<br>Los Angeles, CA 90071 | T: (213) 229-7163<br>F: (213) 229-6163<br><br>Email: glees@gibsondunn.com<br>tloose@gibsondunn.com |
| *Counsel for Defendant Fifth Third Bank* | |
| Robert N. Webner, Esq.<br>VORYS SATER SEYMOUR & PEASE LLP<br>52 East Gay Street<br>Columbus, OH 43215<br><br>Hayes F. Michel, Esq.<br>Baker & Hostetler LLP<br>12100 Wilshire Blvd., 15th Floor<br>Los Angeles, CA 90025 | T: (614) 464-8243<br>F: (614) 719-5083<br><br>Email: rnwebner@vorys.com<br>jnprewittsta@vorys.com<br><br>T: (310) 820-8800<br>F: (310) 820-8859<br><br>Email: hmichel@bakerlaw.com |
| *Counsel for Defendant Citigroup, Inc.* | |
| MAYER BROWN LLP<br>John Nadolenco, Esq.<br>Lisa W. Cornehl, Esq.<br>350 S. Grand Ave, 25th Floor<br>Los Angeles, CA 90071-1503<br><br>Michelle V. Dohra<br>MAYER BROWN LLP<br>71 S. Wacker Drive<br>Chicago, IL 60606 | T: (213) 229-9500<br>F: (213) 625-0248<br><br>Email: jnadolenco@mayerbrown.com<br>lcornehl@mayerbrown.com<br><br>T: (312) 701-7750<br>F: (312) 706-8748<br><br>Email: mdohra@mayerbrown.com |
| *Counsel for Defendant Stillwater National Bank & Trust Company and Southwest Bancorp, Inc.* | |
| Monica Cruz Thornton<br>Selman Breitman LLP<br>11766 Wilshire Blvd., 6th Floor<br>Los Angeles, CA 90025<br><br>Jared Giddens<br>Conner & Winters, LLP<br>1700 One Leadership Square<br>211 North Robinson<br>Oklahoma City, OK 73102<br><br>Rich Love<br>Conner & Winters, LLP<br>4000 One Williams Center<br>Tulsa, OK 74172-0148 | D: (310) 689-7018<br>T: (310) 445-0800<br>F: (310) 473-2525<br><br>Email: mthornton@selmanbreitman.com<br><br>D: (405) 272-5731<br>T: (405) 272-5711<br>F: (405) 232-2695<br><br>Email: jgiddens@cwlaw.com<br><br>D: (918) 586-5679<br>T: (918) 586-5711<br>F: (918) 586-8679<br><br>Email: rloveiii@cwlaw.com |

02176-00001 145944.01

## PROOF OF SERVICE
*Tiffany Banks v. California Culinary School of Arts, et al.*
USDC - Central District, Western Division Case No.: CV11-4446-PSG (MRWx)

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is 600 B Street, Suite 1650, San Diego, California 92101.

On *May 31, 2011*, I served the foregoing document(s) described as:

**DECLARATION OF STACY L. FODE IN SUPPORT OF DEFENDANT AFFILIATED COMPUTER SERVICES, INC.'S NOTICE OF WITHDRAWAL OF ITS NOTICE OF REMOVAL AND MOTION FOR REMAND**

on all interested parties in this action in the following manner as set forth below:

( X ) **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):** Pursuant to controlling General Order(s) and Federal Rules Of Civil Procedure ("F.R.Civ.P."), the foregoing document will be served by the court via CM/ECF and hyperlink to the document. On *May 31, 2011* I checked the CM/ECF docket for this civil action and determined that the following person(s) are on the *Electronic Mail Notice List* to receive CM/ECF transmission at the email address(es) indicated:

- Michael L. Kelly, Esq.  -  mlk@kirtlandpackard.com
- Behram V. Parekh, Esq.  -  bparekh@yaplaw.com
- Joshua A. Fields, Esq.  -  jaf@kirtlandpackard.com
- Ray E. Gallo, Esq.  -  rgallo@gallo-law.com
- Dominic Valerian, Esq.  -  dvalerian@gmail.com
- Patrick V. Chesney, Esq.  -  pchesney@gallo-law.com
- Stuart Richter, Esq.  -  stuart.richter@kattenlaw.com
- Melissa S. Glousman, Esq.  -  melissa.glousman@kattenlaw.com
- Kristin L. Holland, Esq.  -  kristin.holland@kattenlaw.com
- Jeff E. Scott, Esq.  -  scottj@gtlaw.com
- Gregory A. Nylen, Esq.  -  nyleng@gtlaw.com
- Adil M. Khan, Esq.  -  khanad@gtlaw.com
- Lisa M. Simonetti, Esq.  -  lsimonetti@stroock.com
- Seth M. Goldstein, Esq.  -  sgoldstein@stroock.com
- Monica Cruz Thornton, Esq.  -  mthorton@selmanbreitman.com

- Jared Giddens, Esq. - jgiddens@cwlaw.com
- Rich Love, Esq. - rloveiii@cwlaw.com
- William L. Stern, Esq. - Wstern@mofo.com
- Jennifer Gould, Esq. - Jgould@mofo.com
- Donald J. Querio, Esq. - djq@severson.com
- Mark D. Lonergan, Esq. - mdl@severson.com
- Marlene Camacho Nowlin, Esq. - mcn@severson.com
- Amir Torkamini, Esq. - aat@severson.com

( )  **TO BE SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):** On *May 31, 2011*, I served the following person(s) and/or entity(ies) at the last known address(es) in this civil action by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the Judge here constitutes a declaration that mailing to the Judge will be completed no later than twenty-four (24) hours after the document is filed*:

*Service information continued on the "Service List" attached*

( )  **TO BE SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 on *May 31, 2011*, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the Judge here constitutes a declaration that personal delivery on the Judge will be completed no later than twenty-four (24) hours after the document is filed*:

*Service information continued on the "Service List" attached*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed *May 31, 2011* at San Diego, California.

*Suzanne Marx - Declarant*

---

*Tiffany Banks v. California School of Culinary Arts, et al.*   Case No.: CV11-4446 PSG (MRWx)
*Proof of Service*                                                                                    Page 2

<u>U.S. MAIL and/or EMAIL SERVICE LIST</u>

| | |
|---|---|
| Michael L. Kelly, Esq.<br>Behram V. Parekh, Esq.<br>Joshua A. Fields, Esq.<br>KIRTLAND & PACKARD, LLP<br>2361 Rosecrans Avenue - 4th Floor<br>El Segundo, California 90245<br>Telephone: 310.536.1000<br>Facsimile: 310.536.1001<br>Email: mlk@kirtlandpackard.com;<br>bparekh@yaplaw.com; and<br>jaf@kirtlandpackard.com | Attorneys for ALL Plaintiffs – Via NEF <u>only</u> |
| Ray E. Gallo, Esq.<br>Dominic Valerian, Esq.<br>Patrick V. Chesney, Esq.<br>GALLO & ASSOCIATES<br>1101 Fifth Avenue, Suite 205<br>San Rafael, California 94901<br>Telephone: 310.338.1114<br>Facsimile: 310.338.1199<br>Email: rgallo@gallo-law.com;<br>dvalerian@gmail.com; and<br>pchesney@gallo-law.com | Associate Counsel for ALL Plaintiffs – Via NEF <u>only</u> |
| Stuart Richter, Esq.<br>Melissa S. Glousman, Esq.<br>Kristin L. Holland, Esq.<br>KATTEN, MUCHIN & ROSENMAN, LLP<br>2029 Century Park East, Suite 2600<br>Los Angeles, California 90067-3012<br>Telephone: 310.586.7700<br>Facsimile: 310.586.7800<br>Email: stuart.richter@kattenlaw.com;<br>melissa.glousman@kattenlaw.com;<br>kristin.holland@kattenlaw.com;<br>victoria.boyd@kattenlaw.com;<br>eric.guerrero@kattenlaw.com;<br>greg.korman@kattenlaw.com;<br>dana.thompson@kattenlaw.com | Attorneys for Defendants, *CALIFORNIA SCHOOL OF CULINARY ARTS, INC., a California corporation* and *CAREER EDUCATION CORPORATION, a Delaware corporation* – Via NEF <u>only</u> |

| | |
|---|---|
| **U.S. MAIL and/or EMAIL SERVICE LIST** | |
| Jeff E. Scott, Esq.<br>Gregory A. Nylen, Esq.<br>Adil M. Khan, Esq.<br>GREENBERG TRAURIG<br>2450 Colorado Avenue, Suite 400 East<br>Santa Monica, California 90404<br>Telephone: 310.586.7700<br>Facsimile: 310.586.7800<br>Email: scottj@gtlaw.com;<br>nyleng@gtlaw.com; godwint@gtlaw.com;<br>khanad@gtlaw.com; riveraal@gtlaw.com;<br>and stokiene@gtlaw.com | Associate Counsel for Defendants, *CALIFORNIA SCHOOL OF CULINARY ARTS, INC., a California corporation* and *CAREER EDUCATION CORPORATION, a Delaware corporation* – Via NEF <u>only</u> |
| Lisa M. Simonetti, Esq.<br>Seth M. Goldstein, Esq.<br>STROOCK & STROOCK & LAVAN<br>2029 Century Park East, 16th Floor<br>Los Angeles, California 90067<br>Telephone: 310.556.5800<br>Facsimile: 310.556.5959<br>Email: lsimonetti@stroock.com<br>         sgoldstein@stroock.com | Attorneys for Defendants, *SALLIE MAE, INC., a Delaware corporation; SALLIE MAE BANK OF UTAH, a Utah corporation; SALLIE MAE EDUCATION TRUST, a Delaware statutory trust; SLM EDUCATION CREDIT FINANCE CORPORATION, a Delaware corporation; SLM EDUCATION CREDIT MANAGEMENT CORPORATION, a Delaware corporation;* and *CAVALIER FUNDING 1 LLC, a Delaware limited liability company* – Via NEF <u>only</u> |
| Monica Cruz Thornton, Esq.<br>SELMAN & BREITMAN, LLP<br>11766 Wilshire Boulevard, 6th Floor<br>Los Angeles, California 90025<br>Telephone: 310.689.7018 / 310.445.0800<br>Facsimile: 310.473.2525<br>Email: mthornton@selmanbreitman.com | Attorneys for Defendants, *STILLWATER NATIONAL BANK AND TRUST COMPANY, an Oklahoma corporation;* and *SOUTHWEST BANCORP, INC., an Oklahoma corporation* – Via NEF <u>only</u> |
| Jared Giddens, Esq.<br>CONNER & WINTERS, LLP<br>1700 One Leadership Square<br>211 North Robinson<br>Oklahoma City, Oklahoma 73102<br>Telephone: 405.272.5731 / 405.272.5711<br>Facsimile: 405.232.2695<br>Email: jgiddens@cwlaw.com | Associate Counsel for Defendants, *STILLWATER NATIONAL BANK AND TRUST COMPANY, an Oklahoma corporation;* and *SOUTHWEST BANCORP, INC., an Oklahoma corporation* – Via NEF |

| | | |
|---|---|---|
| 1 | **U.S. MAIL and/or EMAIL SERVICE LIST** | |
| 2 | | |
| 3 | Rich Love, Esq.<br>CONNER & WINDERS, LLP<br>4000 One Williams Center<br>Tulsa, Oklahoma 74172-0148<br>Telephone: 918.586.5679 / 918.586.5711<br>Facsimile: 918.586.8679<br>Email: rloveiii@cwlaw.com | Associate Counsel for Defendants, *STILLWATER NATIONAL BANK AND TRUST COMPANY, an Oklahoma corporation*; and *SOUTHWEST BANCORP, INC., an Oklahoma corporation* – Via NEF <u>only</u> |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | William L. Stern, Esq.<br>Jennifer Gould, Esq.<br>MORRISON & FOERSTER, LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: 415.268.7000<br>Facsimile: 415.268.7522<br>Email: wstern@mofo.com<br>       jgould@mofo.com | Attorneys for Defendants, *BANK OF AMERICA CORPORATION, a Delaware corporation* and *BANK OF AMERICA, N.A., a national association* – Via NEF <u>only</u> |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | Donald J. Querio, Esq.<br>Mark D. Lonergan, Esq.<br>SEVERSON & WERSON<br>One Embarcadero Center, Suite 2600<br>San Francisco, California 94111<br>Telephone: 415.398.3344<br>Facsimile: 415.956.0439<br>Email: djq@severson.com<br>       mdl@severson.com | Attorneys for Defendant, *WELLS FARGO BANK, N.A., a national association; WELLS FARGO & COMPANY, a Delaware corporation*; and *WACHOVIA FINANCIAL SERVICES, INC., a North Carolina corporation* – Via NEF <u>only</u> |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | Marlene Camacho Nowlin, Esq.<br>Amir Torkamini, Esq.<br>SEVERSON & WERSON<br>The Atrium – Suite 700<br>19100 Von Karman Avenue<br>Irvine, California 92612<br>Telephone: 949.442.7110<br>Facsimile: 949.442.7119<br>Email: mcm@severson.com<br>       aat@severson.com | Associate Counsel for Defendant, *WELLS FARGO BANK, N.A., a national association; WELLS FARGO & COMPANY, a Delaware corporation*; and *WACHOVIA FINANCIAL SERVICES, INC., a North Carolina corporation* – Via NEF <u>only</u> |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |